B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Eastern District of Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Pinkberry Midatlantic, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>dba Pinkberry | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):   EIN: 27-2579293 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City,  and State)<br>40905 Stumptown Rd.<br>Waterford, VA                            ZIPCODE  20197-1219 | Street Address of Joint Debtor (No. and Street, City, and State)                            ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>Loudoun | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                            ZIPCODE | Mailing Address of Joint Debtor (if different from street address):                            ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):                            ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in<br>11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other   Restaurant | ☑ Chapter 7          ☐ Chapter 15 Petition for<br>☐ Chapter 9              Recognition of a Foreign<br>☐ Chapter 11             Main  Proceeding<br>☐ Chapter 12          ☐ Chapter 15 Petition for<br>☐ Chapter 13             Recognition of a Foreign<br>                                  Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests: ———<br><br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending: ——— | ☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer<br>debts, defined in 11 U.S.C.<br>§101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or<br>household purpose." ☑ Debts are<br>primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only)   Must attach<br>signed application for the court's consideration certifying that the debtor is unable<br>to pay fee except in installments. Rule 1006(b). See Official Form  3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must<br>attach signed application for the court's consideration.  See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D)<br>☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D)<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to<br>insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment<br>on 4/01/16 and every three years thereafter).*<br>**Check all applicable boxes**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with  11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 12.01.06 - EBRX-BFZ/****** - PDF-XChange 4.0

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Pinkberry Midatlantic, LLC

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: NONE | Case Number: | Date Filed: |
| Location Where Filed: N.A. | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: NONE | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br><br> X _____ <br> Signature of Attorney for Debtor(s)          Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

| B1 (Official Form 1) (04/13) | Page 3 |
|---|---|

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Pinkberry Midatlantic, LLC |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
   Telephone Number (If not represented by attorney)

_____
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 of title 11 are attached.

☐  Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
   (Printed Name of Foreign Representative)

_____
   (Date)

### Signature of Attorney*

X _____
   Signature of Attorney for Debtor(s)

JOHN P. GOETZ 78514
   Printed Name of Attorney for Debtor(s)

John Goetz Law, PLC
   Firm Name

75 W. Lee St., Suite 104
   Address

Warrenton, VA 20186
   

(540)359-6605    docs@johngoetzlaw.com
Telephone Number            e-mail

12/26/2014
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

STAVROS D. ROBERTS
   Printed Name of Authorized Individual

Member/Manager
   Title of Authorized Individual

12/26/2014
   Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110,  (2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

_____

X _____

_____
   Date

Signature of bankruptcy petition  preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 12:01:06 - EBRX-BFZJ**** - PDF-XChange 4.0

**B6 Cover (Form 6 Cover) (12/07)**

## FORM 6. SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. § 159)

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any amendments thereto must contain a caption as in Form 16B. Subsequent pages should be identified with the debtor's name and case number. If the schedules are filed with the petition, the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once. Even when a claim is secured only in part or entitled to priority only in part, it still should be listed only once. A claim which is secured in whole or it part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed on Schedule E only. Do not list the same claim twice. If a creditor has more than one claim, such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

B6A (Official Form 6A) (12/07)

In re   Pinkberry Midatlantic, LLC                                    Case No. _____
        **Debtor**                                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C – Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | Total | 0.00 | |

(Report also on Summary of Schedules.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 12.01:06 - EBRX:BFZ/J**** - PDF-XChange 4.0

B6B (Official Form 6B) (12/07)

In re __Pinkberry Midatlantic, LLC_____    Case No. _____
                    **Debtor**                                                  **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account (Account No. ****1621)<br>Applied Bank<br>660 Plaza Dr., Newark, DE 19702 | | 6,903.37 |
| | | Checking Account (Account No. ****1571)<br>Applied Bank<br>660 Plaza Dr., Newark, DE 19702 | | 2,813.56 |
| | | Checking Account (Account No. ****1589)<br>Applied Bank<br>660 Plaza Dr., Newark, DE 19702 | | 3,144.71 |
| | | Checking Account (Account No. ****1597)<br>Applied Bank<br>660 Plaza Dr., Newark, DE 19702 | | 2,371.30 |
| | | Checking Account (Account No. ****1605)<br>Applied Bank<br>660 Plaza Dr., Newark, DE 19702 | | 7,649.93 |
| | | Checking Account (Account No. ****1613)<br>Applied Bank<br>660 Plaza Dr., Newark, DE 19702 | | 4,839.57 |
| | | Checking Account (Account No. ****1603) | | Unknown |

In re   __Pinkberry Midatlantic, LLC__             Case No. _____
                **Debtor**                                                       **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Applied Bank<br>660 Plaza Dr., Newark, DE 19702 | | |
| | | Checking Account (Account No. ****1639)<br>Applied Bank<br>660 Plaza Dr., Newark, DE 19702 | | Unknown |
| | | Checking Account (Account No. ****1647)<br>Applied Bank<br>660 Plaza Dr., Newark, DE 19702 | | Unknown |
| | | Checking Account (Account No. ****1852)<br>Applied Bank<br>660 Plaza Dr., Newark, DE 19702 | | 6,555.14 |
| | | Checking Account<br>Cardinal Bank<br>8270 Greensboro Dr., Ste. 500, McLean, VA 22101 | | Unknown |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

In re   __Pinkberry Midatlantic, LLC__            Case No. _____
                   **Debtor**                                                          **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

In re __Pinkberry Midatlantic, LLC__                                    Case No. _____
                    **Debtor**                                                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Equipment Inventory (See Attached) All combined stores | | 769,860.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | Food Inventory (See Attached) All combined stores | | 17,899.05 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____    continuation sheets attached    Total    $    822,036.63

(Include amounts from any continuation
sheets attached. Report total also on
Summary of Schedules.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 12:01:07 - EBRX-BFZJ**** - PDF-XChange 4.0

**B6C (Official Form 6C) (04/13)**

In re __Pinkberry Midatlantic, LLC__                                Case No. _____
_____
                **Debtor**                                                    **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐   11 U.S.C. § 522(b)(2)                    ☐   Check if debtor claims a homestead exemption that exceeds
☐   11 U.S.C. § 522(b)(3)                         $155,675*.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Not Applicable. | | | |

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 12.01.07 - EBRX/BFZJ***** - PDF-XChange 4.0

**B6D (Official Form 6D) (12/07)**

In re _____,          Case No. _____
      Pinkberry Midatlantic, LLC

               **Debtor**                                                                       **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

       State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

       List creditors in alphabetical order to the extent practicable.  If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C §112 and Fed. R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

       If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

       If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

       Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

_____0_____ continuation sheets attached

                                               Subtotal▷ | $     0.00 | $     0.00

(Total of this page)

         Total▷ | $     0.00 | $     0.00

(Use only on last page)

                                      (Report also on      (If applicable, report Summary of Schedules)  also on Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 12.01.07 - EBRX-BFZ/J***** - PDF-XChange 4.0

**B6E (Official Form 6E) (04/13)**

In re_____,    Case No._____
Pinkberry Midatlantic, LLC
          Debtor                                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H","W","J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐    **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐    **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

*Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 12:01:07 - EBRK/BFZ/I**** - PDF-XChange 4.0

**B6E (Official Form 6E) (04/13) - Cont.**

In re  Pinkberry Midatlantic, LLC                                    ,  Case No._____
                    Debtor                                                                (if known)

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_  **continuation sheets attached**

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 12.01.07 - EBRX-BF/ZJ***** - PDF-XChange 4.0

**B6E (Official Form 6E) (04/13) - Cont**.

In re Pinkberry Midatlantic, LLC _____,     Case No. _____
           **Debtor**                                                              **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)     Sec. 507(a)(8)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above..)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1000854506<br><br>Arlington County, Virginia<br>Office of the County Treasurer<br>2100 Clarendon Blvd., Ste. 217<br>Arlington, VA 22201 | | | Incurred: 2014<br>Consideration: Local Taxes | | | | 44,121.11 | 44,121.11 | 0.00 |
| ACCOUNT NO. **-***9293<br><br>Virginia Department of Taxation<br>P.O. Box 1115<br>Richmond, VA 23218-1115 | | | Incurred: 06/2014 - 10/2014<br>Consideration: State Sales & Withholding Taxes | | | | 49,034.12 | 49,034.12 | 0.00 |
| ACCOUNT NO.<br><br><br> | | | | | | | | | |
| ACCOUNT NO.<br><br><br> | | | | | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal<br>(Totals of this page) | $ 93,155.23 | $ 93,155.23 | $ 0.00 |
| Total<br>(Use only on last page of the completed Schedule E.) Report also on the Summary of Schedules) | $ 93,155.23 | | |
| Totals<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ 93,155.23 | $ 0.00 |

**B6F (Official Form 6F) (12/07)**

In re  Pinkberry Midatlantic, LLC                    ,        Case No. _____
           **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Various - See Description<br>ADP, LLC<br>One ADV Drive, MS-100<br>Augusta, GA 30909 | | | Consideration:            Payroll Services<br>Account Nos.: 102046, 209780, 209349, 232571, 333723, 336803, 887053, 502607 | | | | 4,288.00 |
| ACCOUNT NO.<br>Albert & Schulwolf, LLC<br>2273 Research Blvd., Ste. 200<br>Rockville, MD 20850 | | | Counsel for NH-D Retail Investment LLC, Fairfax Corner Retail L.C., and Virginia Gateway Prominade LC | | | | Notice Only |
| ACCOUNT NO. 9532510446-00001<br>Branch Banking & Trust Co.<br>c/o John D. Sadler, Esq.<br>4800 Montgomery Lane, 7th Floor<br>Bethesda, MD 20814-3401 | X | | Incurred: 04/2012<br>Consideration: Loan Agreement/Promissory Note | | | | 41,420.85 |
| ACCOUNT NO. 9532510446-0002<br>Branch Banking & Trust Co.<br>c/o John D. Sadler, Esq.<br>4800 Montgomery Lane, 7th Floor<br>Bethesda, MD 20814-3401 | X | | Incurred: 09/2012<br>Consideration: Loan Agreement/Promissory Note | | | | 313,933.74 |

     7     continuation sheets attached

Subtotal ⯈   $       359,642.59

Total ⯈   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    Pinkberry Midatlantic, LLC_____,          Case No. _____
                    **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 12:01:07 - EBRX-BFZ/I**** - PDF-XChange 4.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   9532510446-0003 Branch Banking & Trust Co. c/o John D. Sadler, Esq. 4800 Montgomery Lane, 7th Floor Bethesda, MD 20814-3401 | | | Incurred: 11/2012 Consideration: Loan Agreement/Promissory Note | | | | 131,720.53 |
| ACCOUNT NO.   9532510446-0004 Branch Banking & Trust Co. c/o John D. Sadler, Esq. 4800 Montgomery Lane, 7th Floor Bethesda, MD 20814-3401 | | | Incurred: 02/2013 Consideration: Loan Agreement/Promissory Note | | | | 16,859.89 |
| ACCOUNT NO.   Various - See Description Capital Seaboard P.O. Box 309 Jessup, MD 20794 | | | Incurred: 09/2014 - 12/2014 Consideration: Food Services Account Nos.: 005319, 005418, 005419, 005422, 005423, 005506, 006012 | | | | 38,368.48 |
| ACCOUNT NO.   GV14005504-00 Carlyle/Cypress Leesburg I, LLC c/o Magruder Cook & Koutsouftikis 1889 Preston White Dr., Ste. 200 Reston, VA 20191 | | | Incurred: 06/2014 Consideration: Default Judgment Judgment entered in Loudoun Gen. Dist. Ct. Hearing date: 07/02/2014. | | | | 22,975.17 |
| ACCOUNT NO.   1100486-1182 Central Parking System P.O. Box 790402 St. Louis, MO 63179-0402 | | | Incurred: 10/2014 Consideration: Parking | | | | 1,085.00 |

Sheet no.  1  of  7  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $         211,009.07

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  Pinkberry Midatlantic, LLC _____ ,        Case No. _____
                    **Debtor**                                                                  **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  19469199 <br><br> Columbia Gas of Virginia <br> Attn.: Revenue Recovery <br> P.O. Box 117 <br> Columbus, OH 43216 | | | Incurred: 11/2014 <br> Consideration: Utilities | | | | 59.31 |
| ACCOUNT NO.  0229589-7 <br><br> District of Columbia Water <br> 1211 Connecticut Ave., NW <br> Washington, DC 20036-2701 | | | Incurred: 06/2014 <br> Consideration: Water & Sewer Services | | | | 3,807.00 |
| ACCOUNT NO.  2549693766 <br><br> Dominon Virginia Power <br> P.O. Box 26543 <br> Richmond, VA 23290 | | | Incurred: 11/2014 <br> Consideration: Utilities <br> Electric for Fairfax Corner and Leesburg locations | | | | 647.20 |
| ACCOUNT NO.  Unknown <br><br> EcoLab <br> 370 N. Wabasha Street <br> St. Paul, MN  55102-2233 | | | Incurred: 2014 <br> Consideration: Other | | | | 500.00 |
| ACCOUNT NO.  Unknown <br><br> Energy Management System <br> P.O. Box 646 <br> Exton, PA  19341 | | | Incurred: 2014 <br> Consideration: Utilities <br> Water & Sewer services for Fairfax Corner location | | | | 527.78 |

Sheet no. 2 of 7 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷  $  5,541.29

Total ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 12:01:08 - EBRX-BFZJ**** - PDF-XChange 4.0

B6F (Official Form 6F) (12/07) - Cont.

In re   Pinkberry Midatlantic, LLC _____ ,   Case No. _____

      **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>FedEx<br>3875 Airways, Module H3<br>Department 4634<br>Memphis, TN 38116 | | | Consideration: Parcel Services | | | | 104.50 |
| ACCOUNT NO.  t0000029<br><br>First Potomac realty Trust<br>P.O. Box 824338<br>Phladelphia, PA 19182-4338 | | | Incurred: 07/2014<br>Consideration: Water | | | | 420.46 |
| ACCOUNT NO.<br><br>Holland & Knight, LLP<br>2099 Pennsylvania Ave., N.W.<br>Washington, DC 20006 | | | Counsel for 1211 Financial Associates, LLC | | | | Notice Only |
| ACCOUNT NO.  70081<br><br>Kirlin Mechanical Services, LLC<br>515 Dover Road, Suite 2700<br>Rockville, MD 20850 | | | Incurred: 07/2013 - 09/2014<br>Consideration: Mechanical Services | | | | 42,207.00 |
| ACCOUNT NO.  274-C-CC<br><br>kmG Ventures, LLC<br>P.O. Box 650821<br>Potomac Falls, VA 20165 | | | Incurred: 12/2014<br>Consideration: Refuse Removal | | | | 327.85 |

Sheet no.  3  of  7  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▷   $   43,059.81

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 12.01.08 - EBRX-BFZJ**** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Pinkberry Midatlantic, LLC_____,     Case No. _____
          **Debtor**                                             **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  536694<br><br>Live & Active, LLC<br>c/o Protorae Law, PLLC<br>8075 Leesburg Pike, Ste. 760<br>Vienna, VA 22182 | | | Incurred: 07/2013<br>Consideration: Judgment<br>Judgment entered in Fairfax Circuit Court | | | | 285,554.60 |
| ACCOUNT NO.  540949<br><br>Live & Active, LLC<br>c/o Protorae Law, PLLC<br>8075 Leesburg Pike, Ste. 760<br>Vienna, VA 22182 | | | Incurred: 11/2013<br>Consideration: Judgment<br>Judgment entered in Fairfax Circuit Court | | | | 183,333.00 |
| ACCOUNT NO.  1960083<br><br>MegaPath<br>6800 Koll Center Parkway, Suite 200<br>Pleasanton, CA 94566 | | | Incurred: 09/2014<br>Consideration: Security Services | | | | 3,663.20 |
| ACCOUNT NO.<br><br>Micro Systems<br>7031 Columbia Gateway Dr.<br>Columbia, MD 21046 | | | Consideration: Sales System | | | | 10,000.00 |
| ACCOUNT NO.<br><br>NRAI Service Group<br>1660 Walt Whitman Road, Suite 140<br>Melville, NY 11747 | | | Consideration: Registered Agent Services | | | | Notice Only |

Sheet no. __4__ of __7__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $     482,550.80

Total ▷   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 12.01.08 - BBRX-BFZJ**** - PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re  Pinkberry Midatlantic, LLC_____,          Case No. _____
                     **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Unknown <br><br> Pepco <br> 701 Ninth St., NW <br> Washington, DC 20068 | | | Incurred: 2014 <br> Consideration: Utilities <br> For National Harbor, Dupont Circle, <br> Georgetown Pinkberry Locations | | | | 2,657.00 |
| ACCOUNT NO. <br><br> Pinkberry Ventures, Inc. <br> 6310 San Vincente Blvd., Ste. 100 <br> Los Angeles, CA 90048 | | | Notice recipient for Pinkberry Midatlantic, LLC | | | | Notice Only |
| ACCOUNT NO. <br><br> Play Network, Inc. <br> 8727 148th Ave., NE <br> Redmond, CA 98052 | | | Consideration: Music Provider | | | | 1,100.00 |
| ACCOUNT NO.  451741250-PU <br><br> Receivable Management Services Corp. <br> 1250 E. Diehl Rd., Ste. 300 <br> Naperville, IL  60563 | | | Incurred: 10/2014 <br> Consideration: Other | | | | 527.78 |
| ACCOUNT NO.  5132428 <br><br> Regus <br> 1153 - Fair Oaks Center Team <br> P.O. Box 82456 <br> Dallas, TX 75284-2456 | | | Incurred: 11/2014 <br> Consideration: Office Space | | | | 349.59 |

Sheet no.  5  of  7  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ | $ | 4,634.37
Total▷ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 12:01:08 - EBRX-BFZ/****- PDF-XChange 4.0

**B6F (Official Form 6F) (12/07) - Cont.**

In re ___Pinkberry Midatlantic, LLC_____,    Case No. _____
        **Debtor**                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 12:01:08 - EBRX/BFZ/I**** - PDF-XChange 4.0

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  None <br><br> Restaurant Magic Software <br> 2502 Rocky Point Dr., Ste. 960 <br> Tampa, FL 33607 | | | Incurred: 07/2013 - 03/2014 <br> Consideration: Information Technology Services | | | | 8,263.47 |
| ACCOUNT NO.  Unknown <br><br> Silver, Freedman, Taff & Tiernan LLP <br> 3299 K St., N.W., Ste. 100 <br> Washington, DC 20007 | | | Consideration: Legal Services | | | | 9,200.00 |
| ACCOUNT NO. <br><br> State Farm Insurance <br> P.O. Box 2329 <br> Bloomington, IL 61702 | | | Consideration: Business and Auto Insurance | | | | Notice Only |
| ACCOUNT NO.  2302999 <br><br> Steritech <br> 7600 Little Ave. <br> Charlotte, NC 28226 | | | Incurred: 12/2014 <br> Consideration: Pest Control Services | | | | 948.75 |
| ACCOUNT NO.  Various - See Description <br><br> Sysco Food Services Baltimore <br> 8000 Dorsey Run Rd. <br> Jessup, MD 20794 | | | Incurred: 11/2014 <br> Consideration: Food Services <br> Account Nos.: 927525, 927517, 907832, 011407, 940106, 956201, 941617 | | | | 48,030.18 |

Sheet no. __6__ of __7__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▷ $ 66,442.40

Total▷ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re _Pinkberry Midatlantic, LLC_____,          Case No. _____
          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  558718<br><br>Taylor Equipment Distributors, Inc.<br>1595 Cabin Branch Dr.<br>Landover, MD 20785 | | | Incurred: 09/2014<br>Consideration: Equipment/Labor | | | | 337.02 |
| ACCOUNT NO.  14472816<br><br>The Hartford<br>P.O. Box 724-0234<br>Philadelphia, PA 19170-0234 | | | Incurred: 11/2014<br>Consideration: Workers Compensation Insurance | | | | 264.00 |
| ACCOUNT NO.<br><br>Tysons Corner Holdings LLC<br>c/o Macerich<br>P.O. Box 2172<br>Santa Monica, CA 90407 | | | Notice recipient for Tysons Corner Holdings LLC lease | | | | Notice Only |
| ACCOUNT NO.  3735473930<br><br>Washington Gas<br>P.O. Box 37747<br>Philadelphia, PA 19101-5047 | | | Incurred: 11/2014<br>Consideration: Utilities | | | | 45.65 |
| ACCOUNT NO. | | | | | | | |

Sheet no. _7_ of _7_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▷   $    646.67

Total ▷   $   1,173,527.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 12:01:08 - BBRX-BFZJ***** - PDF-XChange 4.0

B6G (Official Form 6G) (12/07)

In re  Pinkberry Midatlantic, LLC _____     Case No. _____
                            **Debtor**                                              **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

     Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Rappaport Companies<br>8405 Greensboro Drive, 8th Floor<br>McLean, Virginia 22102-5121 | Commercial Lease - Village of Leesburg Property Management<br>Account No.: 190001-001450-1<br>Arrears: $46,017.64<br><br>Lease on nonresidential real property |
| First Potomac Realty Trust<br>P.O. Box 824338<br>Philadelphia, PA 19182 | Commercial Lease - Dupont Circle Property Management<br>Account No.: dc00301<br>Arrears: $37,987.76<br><br>Lease on nonresidential real property |
| Carlyle/Cypress Leesburg I, LLC<br>c/o Magruder Cook & Koutsouftikis<br>1889 Preston White Dr., Ste. 200<br>Reston, VA 20191 | Commercial Lease - 1606 Village Market Blvd., Leesburg, VA 20175<br>Currently subject to ongoing civil litigation in Loudoun Circuit Court<br><br>Lease on nonresidential real property |
| NH-D Retail Investment LLC<br>143 Waterfront Street<br>Oxon Hill, MD 20745 | Commercial Lease - Space D1-3, 144 National Plaza, National<br>Harbor, Maryland 20745<br>Arrears: $20,259.58<br><br>Lease on nonresidential real property |
| Germar Properties, LLC<br>c/o Snyder Properties<br>3286 M Street, N.W.<br>Washington, D.C. 20007 | Commercial Lease - 3288 M Street, N.W., Washington, D.C. 20007<br>Account No.: GSR.M-3288<br>Monthly Rent: $13,331.00: Arrears: $32,357.50<br><br>Lease on nonresidential real property |
| 1211 Financial Associates, LLC<br>999 Waterside Dr., Ste. 2300<br>Norfolk, VA 23510 | Commercial Lease - 1213 Connecticut Ave., N.W., Washington, DC 20036-2601<br><br>Lease on nonresidential real property |
| Fairfax Corner Retail, L.C.<br>c/o The Peterson Companies<br>12500 Fair Lakes Circle, Ste. 400<br>Fairfax, VA 22033 | Commercial Lease - 11942 Grand Commons Ave., Fairfax, VA<br>Arrears: $14,164.36<br><br>Lease on nonresidential real property |

In re  Pinkberry Midatlantic, LLC _____     Case No. _____
             **Debtor**                                                      **(if known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
## (Continuation Page)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Tysons Corner Holdings LLC<br>1961 Chain Bridge Rd., Ste. 105<br>McLean, VA 22102 | Commercial Lease - Tysons Corner Center, McLean, VA<br>Arrears: $14,600.00<br><br>Lease on nonresidential real property |
| Virginia Gateway Prominade LC<br>c/o The Peterson Companies<br>12500 Fair Lakes Circle, Ste. 400<br>Fairfax, Virginia 22033 | Commercial Lease - Space F-2, 14039 Promenade<br>Commons St., Gainesville, VA 20155<br>Arrears: $11,515.89<br><br>Lease on nonresidential real property |
| 2900 Clarendon Commercial, LLC<br>1220 N Fillmore St.<br>Arlington, VA  22201 | Commercial Lease - Station Square, 1220 N. Fillmore St.,<br>Arlington, VA<br>Arrears: $16,978.72<br><br>Lease on nonresidential real property |
| 13th & F Associates, L.P.<br>c/o Hines Interests Limited Partnership<br>555 Thirteenth Street, N.W., Ste. 1020 East<br>Washington, DC  20004-1109 | Commercial Lease - Columbia Square, 555 13th Street,<br>N.W., Washington, DC<br>Arrears: $24,545.60<br><br>Lease on nonresidential real property |
| Realty Services Group<br>514 Colewood Way<br>Atlanta, GA 30328-2955 | Commercial Lease - Columbia Square DC<br><br>Lease on nonresidential real property |
|  |  |
|  |  |
|  |  |

**B6H (Official Form 6H) (12/07)**

In re  Pinkberry Midatlantic, LLC
_____
        **Debtor**

Case No. _____
        **(if known)**

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112 and Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Stavros D. Roberts<br>40905 Stumptown Road<br>Waterford, VA 20197-1219 | Branch Banking & Trust Co.<br>c/o John D. Sadler, Esq.<br>4800 Montgomery Lane, 7th Floor<br>Bethesda, MD 20814-3401 |
| Stavros D. Roberts<br>40905 Stumptown Road<br>Waterford, VA 20197-1219 | Carlyle/Cypress Leesburg I, LLC<br>c/o Magruder Cook & Koutsouftikis<br>1889 Preston White Dr., Ste. 200<br>Reston, VA 20191 |
| Olga Roberts<br>40905 Stumptown Road<br>Waterford, VA 20197-1219 | Carlyle/Cypress Leesburg I, LLC<br>c/o Magruder Cook & Koutsouftikis<br>1889 Preston White Dr., Ste. 200<br>Reston, VA 20191 |

**B6 Summary (Official Form 6 - Summary) (12/14)**

# United States Bankruptcy Court
### Eastern District of Virginia

In re     Pinkberry Midatlantic, LLC

_____
             Debtor

Case No. _____

Chapter    _7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

**AMOUNTS SCHEDULED**

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A – Real Property | YES | 1 | $ 0.00 | | |
| B – Personal Property | YES | 4 | $ 822,036.63 | | |
| C – Property Claimed as exempt | YES | 1 | | | |
| D – Creditors Holding Secured Claims | YES | 1 | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $ 93,155.23 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 8 | | $ 1,173,527.00 | |
| G - Executory Contracts and Unexpired Leases | YES | 2 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | NO | 0 | | | $ 0.00 |
| **TOTAL** | | 21 | $ 822,036.63 | $ 1,266,682.23 | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 12.01.08 - EBRX-BFZ/J***** - PDF-XChange 4.0

# United States Bankruptcy Court

### Eastern District of Virginia

In re    Pinkberry Midatlantic, LLC

Debtor

Case No. _____

Chapter    7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. §101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ N.A. |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ N.A. |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ N.A. |
| Student Loan Obligations (from Schedule F) | $ N.A. |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ N.A. |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ N.A. |
| TOTAL | $ N.A. |

**State the Following:**

| | |
|---|---|
| Average Income  (from Schedule I, Line 12) | $ N.A. |
| Average Expenses (from Schedule J, Line 22) | $ N.A. |
| Current Monthly Income (from Form 22A-1 Line 11; **OR**, Form 22B Line 14; **OR**, Form 22C-1 Line 14 ) | $ N.A. |

**State the Following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ N.A. |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ N.A. | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ N.A. |
| 4.  Total from Schedule F | | $ N.A. |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ N.A. |

**B6 (Official Form 6 - Declaration) (12/07)**

Pinkberry Midatlantic, LLC

**In re** _____    **Case No.** _____
                   **Debtor**                                                       **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____    Signature: _____
                                                              **Debtor**

Date _____    Signature: _____
                                                 **(Joint Debtor, if any)**

                                          [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

      I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any,                                  Social Security No.
of Bankruptcy Petition Preparer                                *(Required by 11 U.S.C. § 110.)*

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____

_____
Address

X _____    _____
             Signature of Bankruptcy Petition Preparer                               Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the _____Member/Manager_____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____Pinkberry Midatlantic, LLC_____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___23___ sheets *(total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date ___12/26/2014_____    Signature: _____
                                                       **STAVROS D. ROBERTS**
                                                [Print or type name of individual signing on behalf of debtor.]

      *[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

UNITED STATES BANKRUPTCY COURT

Eastern District of Virginia

In Re  Pinkberry Midatlantic, LLC

Case No. _____
                (if known)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25.  If the answer to an applicable question is "None," mark the box labeled "None."  If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time.  An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."*  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the **two years** immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| | AMOUNT | SOURCE |
|---|---|---|
| 2014 | 75,289.74 | |
| 2013 | (97,936.00) | |
| 2012 | 39,501.00 | |

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 12.01.09 - EBRX/BFZ/J**** - PDF-XChange 4.0

B7 (Official Form 7) (04/13)                                                                                                2

---

**2.   Income other than from employment or operation of business**

None
☒

  State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

  AMOUNT                                                SOURCE

---

**3.  Payments to creditors**

None
☒

 *Complete a. or b., as appropriate, and c.*

*a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

None
☒

*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*)any payments that were made to a creditor on account of a domestic support obligation or as part of an alternativerepayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after date of adjustment.*

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                        3

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 12.01.09 - EBRX-BFZJ****** - PDF-XChange 4.0

None

☒         *c. All debtors:* List all payments made within one year immediately preceding the commencement of this case to or
          for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must
          include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
          and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None

☐         a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately
          preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include
          information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
          and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Carlyle Cypress Leesburg I LLC v. Pinkbery GV14005504-01 | Bank Account Garnishment | Loudoun Gen. Dist. Ct. 18 East Market Street Leesburg, VA 20176 | Return Date: 09/10/14 - No funds held |
| Carlyle Cypress Leesburg I LLC v. Pinkbery GV14005504-00 | Unlawful Detainer | Loudoun Gen. Dist. Ct. 18 East Market Street Leesburg, VA 20176 | Default Judgment |
| County of Loudoun v. Pinkberry GV14004289-00 | Warrant In Debt | Loudoun Gen. Dist. Ct. 18 East Market Street Leesburg, VA 20176 | Case Dismissed |
| Carlyle Cypress Leesburg I LLC v. Pinkberry, et al. CL0090238-00 | Civil - Contract Action | Loudoun Circuit Court 18 East Market Street Leesburg, VA 20176 | Pending |
| County of Loudoun v. Pinkberry CL0085503-00 | Civil - Delinquent Taxes | Loudoun Circuit Court 18 East Market Street Leesburg, VA 20176 | Resolved |
| BB&T v. Pinkberry, et al. Case: 2014 06673 | Confessed Judgment | Fairfax County Circuit Court 4110 Chain Bridge Road Fairfax, VA 22030 | Judgment entered 05/15/2014 |
| BB&T v. Pinkberry, et al. Case: 2014 06675 | Confessed Judgment | Fairfax County Circuit Court 4110 Chain Bridge Road Fairfax, VA 22030 | Judgment entered 05/15/2014 |
| BB&T v. Pinkberry, et al. Case: 2014 06676 | Confessed Judgment | Fairfax County Circuit Court 4110 Chain Bridge Road Fairfax, VA 22030 | Judgment entered 05/15/2014 |

B7 (Official Form 7) (04/13)

4

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| BB&T v. Pinkberry, et al. Case 2014 06674 | Confessed Judgment | Fairfax County Circuit Court 4110 Chain Bridge Road Fairfax, VA 22030 | Judgment entered 05/15/2014 |

None ☒   b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.   Repossessions, foreclosures and returns**

None ☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.   Assignments and Receiverships**

None ☒   a.   Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☒   b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                 5

---

**7.  Gifts**

None
☒
       List all gifts or charitable contributions made within one year immediately preceding the commencement of this case, except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

---

**8.  Losses**

None
☒
       List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

---

**9.  Payments related to debt counseling or bankruptcy**

None
☐
       List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| John Goetz Law, PLC 75 W. Lee St., Suite 104 Warrenton, VA 20186 | 12/18/2014 | $5,000.00 |

---

**10.  Other transfers**

None
☒
a.    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case
to a self-settled trust or similar device of which the debtor is a beneficiary.

None

☒

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None

☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which
were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.
Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share
accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or
instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| BB&T?? | | |

**12.  Safe deposit boxes**

None

☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other
valuables within one year immediately preceding the commencement of this case.    (Married debtors filing under
chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition
is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None

☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days
preceding the commencement of this case.    (Married debtors filing under chapter 12 or chapter 13 must include
information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated
and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                7

---

**14.  Property held for another person**

None         List all property owned by another person that the debtor holds or controls.
☒

| NAME AND | DESCRIPTION AND | LOCATION OF PROPERTY |
| ADDRESS OF OWNER | VALUE OF PROPERTY | |

---

**15.  Prior address of debtor**

None         If the debtor has moved within the three years immediately preceding the commencement of this case, list all
☒   premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a
joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |

---

**16.  Spouses and Former Spouses**

None         If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska,
☒   Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within
eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of
any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination,
releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or
other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances,
wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not
presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance,
hazardous material, pollutant, or contaminant or similar term under an Environmental Law

---

None         a.     List the name and address of every site for which the debtor has received notice in writing by a governmental
☒   unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the
governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME | NAME AND ADDRESS | DATE OF | ENVIRONMENTAL |
| AND ADDRESS | OF GOVERNMENTAL UNIT | NOTICE | LAW |

B7 (Official Form 7) (04/13)                                                                                                                  8

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☒

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

None
☒

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18. Nature, location and name of business**

None
☒

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or  was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within the six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☒

| NAME | ADDRESS |
| --- | --- |

B7 (Official Form 7) (04/13)                                                                                                      9

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19.  Books, record and financial statements**

None ☒   a.     List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED

---

None ☒   b.     List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                          DATES SERVICES RENDERED

---

None ☐   c.     List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                              ADDRESS

Stavros D. Roberts                40905 Stumptown Rd.
                                  Waterford, VA 20197-1219

Frank L. Crow, CPA, PC            6 Royal St., SW
                                  Leesburg, VA 20175

Johannes Allender CPA, CFP®, MBA  12154 Darnestown Rd, Ste 621
                                  Gaithersburg MD 20878

B7 (Official Form 7) (04/13)                                                                                           10

---

None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a
☒            financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                    DATE
                                                   ISSUED

---

### 20. Inventories

None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the
☒            taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                                (Specify cost, market or other basis)

---

None    b.    List the name and address of the person having possession of the records of each of the two inventories
☒            reported in a., above.

DATE OF INVENTORY                          NAME AND ADDRESSES OF CUSTODIAN OF
                                           INVENTORY RECORDS

---

### 21. Current Partners, Officers, Directors and Shareholders

None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
☒

NAME AND ADDRESS              NATURE OF INTEREST              PERCENTAGE OF INTEREST

---

None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly
☐            or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                          TITLE                          NATURE AND PERCENTAGE OF
                                                                          STOCK OWNERSHIP

Stavros D. Roberts                        Member/Manager/Owner    100%
40905 Stumptown Rd.
Waterford, VA 20197-1219

B7 (Official Form 7) (04/13)                                                                                    11

**22. Former partners, officers, directors and shareholders**

None    a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately
☒        preceding the commencement of this case.

      NAME                              ADDRESS                          DATE OF WITHDRAWAL

None    b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated
☒        within one year immediately preceding the commencement of this case.

    NAME AND ADDRESS                          TITLE                        DATE OF TERMINATION

**23. Withdrawals from a partnership or distribution by a corporation**

None        If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider,
☒        including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite
        during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group**

None        If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of
☒        any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year
        period immediately preceding the commencement of the case.

   NAME OF PARENT CORPORATION                  TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds**

None        If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to
☒        which the debtor, as an employer, has been responsible for contributing at any time within the six-year period
        immediately preceding the commencement of the case.

   NAME OF PENSION FUND                        TAXPAYER IDENTIFICATION NUMBER (EIN)

\*    \*    \*    \*    \*    \*

Bankruptcy2014 ©1991-2014, New Hope Software, Inc., ver. 5.1.0-869 - Friday, December 26, 2014, at 12.01.09 - EBRX-BFZ/J***** - PDF-XChange 4.0

B7 (Official Form 7) (04/13)

12

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    12/26/2014                     Signature                    

STAVROS D. ROBERTS,
Member/Manager

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

0    continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and required under 11U.S.C. §§ 110(b), 110(h), and 342(b); (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110(c).)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X_____      _____
Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

***A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. §156.***

1211 FINANCIAL ASSOCIATES, LLC
999 WATERSIDE DR., STE. 2300
NORFOLK, VA 23510

13TH & F ASSOCIATES, L.P.
C/O HINES INTERESTS LIMITED PARTNERSHIP
555 THIRTEENTH STREET, N.W., STE. 1020 EAST
WASHINGTON, DC  20004-1109

2900 CLARENDON COMMERCIAL, LLC
1220 N FILLMORE ST.
ARLINGTON, VA  22201

ADP, LLC
ONE ADV DRIVE, MS-100
AUGUSTA, GA 30909

ALBERT & SCHULWOLF, LLC
2273 RESEARCH BLVD., STE. 200
ROCKVILLE, MD 20850

ARLINGTON COUNTY, VIRGINIA
OFFICE OF THE COUNTY TREASURER
2100 CLARENDON BLVD., STE. 217
ARLINGTON, VA 22201

BRANCH BANKING & TRUST CO.
C/O JOHN D. SADLER, ESQ.
4800 MONTGOMERY LANE, 7TH FLOOR
BETHESDA, MD 20814-3401

BRANCH BANKING & TRUST CO.
C/O JOHN D. SADLER, ESQ.
4800 MONTGOMERY LANE, 7TH FLOOR
BETHESDA, MD 20814-3401

BRANCH BANKING & TRUST CO.
C/O JOHN D. SADLER, ESQ.
4800 MONTGOMERY LANE, 7TH FLOOR
BETHESDA, MD 20814-3401


BRANCH BANKING & TRUST CO.
C/O JOHN D. SADLER, ESQ.
4800 MONTGOMERY LANE, 7TH FLOOR
BETHESDA, MD 20814-3401


CAPITAL SEABOARD
P.O. BOX 309
JESSUP, MD 20794


CARLYLE/CYPRESS LEESBURG I, LLC
C/O MAGRUDER COOK & KOUTSOUFTIKIS
1889 PRESTON WHITE DR., STE. 200
RESTON, VA 20191


CARLYLE/CYPRESS LEESBURG I, LLC
C/O MAGRUDER COOK & KOUTSOUFTIKIS
1889 PRESTON WHITE DR., STE. 200
RESTON, VA 20191


CENTRAL PARKING SYSTEM
P.O. BOX 790402
ST. LOUIS, MO 63179-0402


COLUMBIA GAS OF VIRGINIA
ATTN.: REVENUE RECOVERY
P.O. BOX 117
COLUMBUS, OH 43216


DISTRICT OF COLUMBIA WATER
1211 CONNECTICUT AVE., NW
WASHINGTON, DC 20036-2701

DOMINON VIRGINIA POWER
P.O. BOX 26543
RICHMOND, VA 23290

ECOLAB
370 N. WABASHA STREET
ST. PAUL, MN  55102-2233

ENERGY MANAGEMENT SYSTEM
P.O. BOX 646
EXTON, PA  19341

FAIRFAX CORNER RETAIL, L.C.
C/O THE PETERSON COMPANIES
12500 FAIR LAKES CIRCLE, STE. 400
FAIRFAX, VA 22033

FEDEX
3875 AIRWAYS, MODULE H3
DEPARTMENT 4634
MEMPHIS, TN 38116

FIRST POTOMAC REALTY TRUST
P.O. BOX 824338
PHILADELPHIA, PA 19182

FIRST POTOMAC REALTY TRUST
P.O. BOX 824338
PHLADELPHIA, PA 19182-4338

GERMAR PROPERTIES, LLC
C/O SNYDER PROPERTIES
3286 M STREET, N.W.
WASHINGTON, D.C. 20007

HOLLAND & KNIGHT, LLP
2099 PENNSYLVANIA AVE., N.W.
WASHINGTON, DC 20006

KIRLIN MECHANICAL SERVICES, LLC
515 DOVER ROAD, SUITE 2700
ROCKVILLE, MD 20850

KMG VENTURES, LLC
P.O. BOX 650821
POTOMAC FALLS, VA 20165

LIVE & ACTIVE, LLC
C/O PROTORAE LAW, PLLC
8075 LEESBURG PIKE, STE. 760
VIENNA, VA 22182

LIVE & ACTIVE, LLC
C/O PROTORAE LAW, PLLC
8075 LEESBURG PIKE, STE. 760
VIENNA, VA 22182

MEGAPATH
6800 KOLL CENTER PARKWAY, SUITE 200
PLEASANTON, CA 94566

MICRO SYSTEMS
7031 COLUMBIA GATEWAY DR.
COLUMBIA, MD 21046

NH-D RETAIL INVESTMENT LLC
143 WATERFRONT STREET
OXON HILL, MD 20745

NRAI SERVICE GROUP
1660 WALT WHITMAN ROAD, SUITE 140
MELVILLE, NY 11747

OLGA ROBERTS
40905 STUMPTOWN ROAD
WATERFORD, VA 20197-1219

PEPCO
701 NINTH ST., NW
WASHINGTON, DC 20068


PINKBERRY VENTURES, INC.
6310 SAN VINCENTE BLVD., STE. 100
LOS ANGELES, CA 90048


PLAY NETWORK, INC.
8727 148TH AVE., NE
REDMOND, CA 98052


RAPPAPORT COMPANIES
8405 GREENSBORO DRIVE, 8TH FLOOR
MCLEAN, VIRGINIA 22102-5121


REALTY SERVICES GROUP
514 COLEWOOD WAY
ATLANTA, GA 30328-2955


RECEIVABLE MANAGEMENT SERVICES CORP.
1250 E. DIEHL RD., STE. 300
NAPERVILLE, IL  60563


REGUS
1153 - FAIR OAKS CENTER TEAM
P.O. BOX 82456
DALLAS, TX 75284-2456


RESTAURANT MAGIC SOFTWARE
2502 ROCKY POINT DR., STE. 960
TAMPA, FL 33607


SILVER, FREEDMAN, TAFF & TIERNAN LLP
3299 K ST., N.W., STE. 100
WASHINGTON, DC 20007

STATE FARM INSURANCE
P.O. BOX 2329
BLOOMINGTON, IL 61702

STAVROS D. ROBERTS
40905 STUMPTOWN ROAD
WATERFORD, VA 20197-1219

STAVROS D. ROBERTS
40905 STUMPTOWN ROAD
WATERFORD, VA 20197-1219

STERITECH
7600 LITTLE AVE.
CHARLOTTE, NC 28226

SYSCO FOOD SERVICES BALTIMORE
8000 DORSEY RUN RD.
JESSUP, MD 20794

TAYLOR EQUIPMENT DISTRIBUTORS, INC.
1595 CABIN BRANCH DR.
LANDOVER, MD 20785

THE HARTFORD
P.O. BOX 724-0234
PHILADELPHIA, PA 19170-0234

TYSONS CORNER HOLDINGS LLC
1961 CHAIN BRIDGE RD., STE. 105
MCLEAN, VA 22102

TYSONS CORNER HOLDINGS LLC
C/O MACERICH
P.O. BOX 2172
SANTA MONICA, CA 90407

VIRGINIA DEPARTMENT OF TAXATION
P.O. BOX 1115
RICHMOND, VA 23218-1115

VIRGINIA GATEWAY PROMINADE LC
C/O THE PETERSON COMPANIES
12500 FAIR LAKES CIRCLE, STE. 400
FAIRFAX, VIRGINIA 22033

WASHINGTON GAS
P.O. BOX 37747
PHILADELPHIA, PA 19101-5047

B203
12/94

# United States Bankruptcy Court
### Eastern District of Virginia

In re  Pinkberry Midatlantic, LLC

Case No. _____

Chapter _____7_____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ...........................…………………….......... $ ____5,000.00____

Prior to the filing of this statement I have received .........……………….…............ $ ____5,000.00____

Balance Due ..........................……………………………………….................. $ _____0.00_____

2.  The source of compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Case filing fee and costs.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in the bankruptcy proceeding.

___12/26/2014_____          _____
Date                                                      *Signature of Attorney*

                                                          John Goetz Law, PLC
                                                          *Name of law firm*